RECEIVED
IN MONROE, LA

APR 18 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CHRISTOPHER BRUMFIELD** | **CIVIL ACTION NO. 06-2147** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JOHN GUNTER, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 10], determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint [Doc. No. 1] is DISMISSED WITH PREJUDICE in accordance with the provisions of Federal Rule of Civil Procedure 41(b).

MONROE, LOUISIANA, this 18 day of April, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE